IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY 2 1 2013

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| STEVE MARROQUIN | ) |

CASE NO.:  3:13-CR-026-M (07)

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

STEVE MARROQUIN, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to Count(s) 1 of the Indictment.  After cautioning and examining  STEVE MARROQUIN

under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea

was knowledgeable and voluntary and that the offense(s) charged is supported by an independent

basis in fact containing each of the essential elements of such offense.  I therefore recommend that

the plea of guilty, and the plea agreement, be accepted, and that STEVE MARROQUIN be adjudged

guilty and have sentence imposed accordingly.

Date:   May 21, 2013

~~DAVID L. HORAN~~  Irma Carrillo Ramirez
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).